IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHAEL P.,[1] | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) Civil Action No. 1:21-CV-224-C-BU |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that Defendant's Motion for Summary Judgment be **GRANTED** and Plaintiff's claims **DISMISSED**.[2]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** as untimely.

SO ORDERED this 4th day of October, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

[2] Neither party has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.